UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSAOCLA DIVISION

In Re:       **OLIVER, MARQUETTE**             Case No.: 16-31105-KKS
    &      **OLIVER, LISA**
              Debtors                          Chapter:    13
_____//

## DEBTORS' AMENDED MOTION TO DETERMINE DISBURSEMENT TO CLAIMANT U.S BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES LLL TRUST'S NOTICE OF MORTGAGE PAYMENT CHANGE FILED JANUARY 11, 2018

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty one (21) days from the date set forth on the proof of services plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

**If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Sherry F. Chancellor, Esquire, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

**COME NOW** the Debtors, **MARQUETTE AND LISA OLIVER** by and

through their undersigned attorney and file this Motion to Determine Disbursement

to Claimant, U.S Bank Trust National Association, as Trustee of the Igloo Series lll

Trust's Notice of Mortgage Payment Change filed on January 11, 2018 and in support thereof states as follows:

1. This Chapter 13 case was filed on November 30, 2016.

2. Wells Fargo Bank, NA. filed Proof of Claim Number 3 on December 20, 2016. The claim was subsequently assigned to U.S Bank Trust National Association, as Trustee of the Igloo Series lll Trust.

3. An Order Confirming (Doc 74) the First Amended Plan (Mortgage Modification Agreement having been approved) (Doc. 69) was entered on or about November 30, 2017.

4. Debtor filed the Motion for Order Authorizing Debtors to Enter into a Permanent Loan Modification Agreement (Doc.63) on September 29, 2017, and the Order (Doc. 65) was entered October 27, 2017. The modification agreement addresses the fact that the modification includes any escrow shortage that would be paid over the first sixty months term. (See Docket #63 page 7 the first paragraph).

5. The Notice of Mortgage Payment Change, dated January 11, 2018, included the escrow shortage that was to be paid over sixty months and had it being paid in one year. (See Page 4 of the Notice of Payment Change where it references a $12,682.82 shortage in October).

6. The Notice of Payment Change does not conform with the Order Authorizing Debtors to Enter into a Permanent Loan Modification Agreement.

7. The Debtors dispute U.S Bank Trust National Association, as Trustee of the Igloo Series lll Trust's Notice of Mortgage Payment Change dated January 11, 2018.

WHEREFORE, PREMISES CONSIDERED, Debtors request that this Honorable Court enter an Order Disallowing the Notice of Mortgage Payment Change of secured creditor U.S Bank Trust National Association, as Trustee of the Igloo Series lll Trust filed on January 11, 2018 and for such other, further, and different relief as may be appropriate under the circumstances. Respectfully submitted this the 4th day of May 2018.

/s/ Sherry F. Chancellor
Sherry F. Chancellor
619 WEST CHASE STREET
PENSACOLA, FL 32502
(850) 436-8445
sherry.chancellor@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing to Leigh D. Hart, Chapter 13 Trustee at ldhecf@earthlink.net and Charles Edwards, United States Trustee at USTPRegion21.TL.ECF@usdoj.gov U.S Bank Trust National Association, as Trustee of the Igloo Series lll Trust c/o Chase A Berger @ chase@bergerfirm.com, ricardo@bergerfirm.com;angelica@bergerfirm.com electronically and to U.S Bank Trust National

Association, as Trustee of the Igloo Series lll Trust c/o Chase A. Berger, 3050 Biscayne Blvd., Suite 402, Miami, Florida 33137, U.S Bank Trust National Association, as Trustee of the Igloo Series lll Trust, c/o Karen Murphy, Assistant Vice President, Foreclosure and Bankruptcy, 1425 Greenway Drive, Suite 400, Irving, Texas 75038, U.S Bank Trust National Association, as Trustee of the Igloo Series lll Trust, c/o Kristin A. Zilberstein, Authorized Agent, the Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana, CA 92705 this the 4th day of May 2018.

/s/ Sherry F. Chancellor
Sherry F. Chancellor